DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
POLLY ANN CONNER BAUTISTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POLLY ANN CONNER BAUTISTA,<br><br>　　　　　Defendant. | NO. 2:09-cr-00069 KJM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:  June 16, 2011<br>Time:  10:00 a.m.<br>Judge:  Kimberly J. Mueller |

　　　　It is hereby stipulated and agreed to by and between the United States of America, through Michelle Rodriguez, Assistant U.S. Attorney, and defendant, POLLY ANN CONNER BAUTISTA, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, June 16, 2011, be vacated and a new status conference hearing date of Thursday, July 14, 2011, at 10:00 a.m., be set.

　　　　The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

　　　　It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including July 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the

/ / /

/ / /

continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: June 14, 2011

      Respectfully submitted,

      DANIEL J. BRODERICK
      Federal Defender

      */s/ Matthew C. Bockmon*
      MATTHEW C. BOCKMON
      Assistant Federal Defender
      Attorney for Defendant
      POLLY ANN CONNER BAUTISTA

Dated: June 14, 2011

      BENJAMIN B. WAGNER
      United States Attorney

      */s/ Matthew C. Bockmon for*
      MICHELLE RODRIGUEZ
      Assistant U.S. Attorney
      Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on June 15, 2011, the recent arraignment date of June 2, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for June 16, 2011, be vacated and that the case be set for **July 14, 2011, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 15, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including July 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: June 15, 2011.

UNITED STATES DISTRICT JUDGE