BENJAMIN WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S-09-0069-KJM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING MATTER |
| POLLY ANN CONNER BAUTISTA, | ) | AND EXCLUDING TIME UNDER |
| aka Michelle S., | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |

Hereby, the parties stipulate that a status conference and change of plea hearing be set for August 3, 2011 at 2:00 p.m., and further stipulate that the time beginning July 28, 2011 through August 3, 2011 be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties are in the process of preparing for, discussing, and or negotiating regarding resolution of this matter. The defendant will need time to prepare for the FRCP 11 hearing and to consider all consequences in light of the discovery and relevant conduct. As such, the defendant needs more time to prepare, which

1

1 | will include reviewing discovery, discussing that discovery,
2 | considering evidence that may affect the disposition and
3 | sentencing in this case, conducting necessary legal research and
4 | investigation, and then discussing how to proceed.  The parties
5 | stipulate and agree that the interests of justice served by
6 | granting this continuance outweigh the best interests of the
7 | public and the defendant in a speedy trial.  18 U.S.C. §
8 | 3161(h)(7)(B)(iv).

```
Dated:   7/28/2011                BENJAMIN WAGNER
                                  United States Attorney

                                          /s/ Michelle Rodriguez
                                  By:_____
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney

                                          /s/ Matthew C. Bockmon
Dated:   7/28/2011                         (via oral agreement)
                                  By:_____
                                     MATTHEW C. BOCKMON, ESQ.
                                     Attorney for Bautista
```

**ORDER**

For the reasons stated above, a status conference and change of plea hearing is set for August 3, 2011 at 2:00 PM; and the time beginning July 28, 2011, and extending through August 3, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).

**SO ORDERED.**

Dated:  July 29, 2011.

_____
UNITED STATES DISTRICT JUDGE

2