1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
6  POLLY ANN CONNER BAUTISTA

8               IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )   NO. 2:09-cr-00069 KJM
                                       )
12              Plaintiff,             )
                                       )   **STIPULATION AND ORDER TO CONTINUE
13      v.                             )   CHANGE OF PLEA HEARING AND TO
                                       )   EXCLUDE TIME**
14                                     )
   POLLY ANN CONNER BAUTISTA,          )   Date:  August 3, 2011
15                                     )   Time:  2:00 p.m.
                Defendant.             )   Judge: Kimberly J. Mueller
16 _____)

17      It is hereby stipulated and agreed to by and between the United States of America, through Michelle

18 Rodriguez, Assistant U.S. Attorney, and defendant, POLLY ANN CONNER BAUTISTA, by and through

19 her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the change of plea hearing date of

20 Wednesday, August 3, 2011, be vacated and a new change of plea hearing date of Thursday, August 25, 2011,

21 at 10:00 a.m., be set.

22      The reason for this continuance is due to Ms. Bautista's unavailability because of hospitalization.

23 / / /

24 / / /

25 / / /

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including August 25, 2011, pursuant to 18 U.S.C. §3161(h)(3)(A)(B), Local Code M, due to the defendant's unavailability.

Dated: August 3, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
POLLY ANN CONNER BAUTISTA

Dated: August 3, 2011

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 3, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for August 3, 2011, is vacated and reset for **August 25, 2011, at 10:00 a.m.** Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 3, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including August 25, 2011, pursuant to 18 U.S.C. §3161(h)(3)(A)(B), Local Code M, due to the defendant's unavailability. The interests of justice in this exclusion of time outweigh the interests of the defendant and the public in a speedy trial.

Dated: August 3, 2011.

UNITED STATES DISTRICT JUDGE

2