DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
POLLY ANN CONNER BAUTISTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>POLLY ANN CONNER BAUTISTA,<br><br>Defendant. | No. 2:09-cr-0069-KJM<br><br>**ORDER FOR PSYCHIATRIC EVALUATION OF DEFENDANT AND REPORT**<br><br>Judge: Hon. Kimberly J. Mueller |

This case was before the Court for further status hearing on August 25, 2011. The United States of America was represented by Todd Leras, Assistant United States Attorney, standing in for Michele Rodriguez. The defendant was not present but rather outside in the hallway, reportedly ill. Counsel for the defendant, Matthew C. Bockmon, Assistant Federal Defender, was present and moved the Court under 18 U.S.C. Section 4241(a) to determine the competency of defendant. The government having no objection, the Court found reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

The Court ordered a psychiatric or psychological examination and report under 18 U.S.C. Section 4241(b). The Court ordered a hearing on the report / status conference set for **Thursday, October 13, 2011, at 10:00 a.m.** Counsel for the defendant shall arrange for the examination and report. Counsel for the government can get another examination and report.

Accordingly, IT IS ORDERED pursuant to 18 U.S.C. Section 4247(b) that a licensed psychiatrist or psychologist shall examine the defendant and prepare a report pursuant to 18 U.S.C. Section 4247(c) including:

(1) the defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and,

(4) the examiner's opinions as to diagnosis, prognosis, and - whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

IT IS FURTHER ORDERED that, pursuant to Local Code A, the period from August 25, 2011, through and including October 13, 2011, be excluded in computing the time within which the trial must commence for delay resulting from proceeding and examination to determine the "physical capacity of the defendant". *See* 18 U.S.C. § 3161(h)(1)(A).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:  August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE