1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  POLLY CONNER BAUTISTA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. 2:09-cr-00069-KJM
                                   )
12            Plaintiff,           )
                                   ) STIPULATION EXTENDING SELF-
13       v.                        ) SURRENDER DATE FROM APRIL 16,
                                   ) 2012 UNTIL APRIL 30, 2012; ORDER
14 POLLY CONNER BAUTISTA,          )
                                   )
15            Defendant.           ) Judge: Hon. Kimberly J. Mueller
                                   )
16 _____ )

17      Defendant, POLLY CONNER BAUTISTA, through Matthew C. Bockmon,
18 Assistant Federal Defender, and Michelle Rodriguez, Assistant U.S.
19 Attorney, hereby requests a two-week extension of her self-surrender
20 date from April 16, 2012 to April 30, 2012 at 2:00 p.m.
21      On March 5, 2012, this Court sentenced Ms. Bautista to the custody
22 of the Bureau of Prisons for a term of 36 months, and ordered her to
23 self-surrender on April 16, 2012 by 2:00 p.m.  This Court recommended
24 the defendant be referred to a medical designation desk to determine an
25 appropriate designation given her serious health problems referenced in
26 the presentence report.
27      As of Friday, April 13, 2012, undesigned counsel has received no
28 notice from the Bureau of Prisons regarding Ms. Bautista's designation.

1  Assistant U.S. Attorney, Michelle Rodriguez, stipulates that Ms.
2  Bautista self-surrender date should be extended to allow BOP sufficient
3  time for appropriate designation.
4  United States Pretrial Services Officer, Beth Baker, has no
5  objection to this requested extension.
6  Based on the foregoing, the parties stipulate and request that
7  this Court vacate the self-surrender date of April 16, 2012, and enter
8  an Order extending the self-surrender date two weeks to April 30, 2012
9  at 2:00 p.m.

Dated:   April 16, 2012              Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     s/ Matthew Bockmon
                                     MATTHEW C. BOCKMON
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     POLLY CONNER BAUTISTA


Dated:   April 16, 2012              BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Michelle Rodriguez
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney

**O R D E R**

The self-surrender date of April 16, 2012 is vacated.  Defendant, Polly Conner Bautista, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on April 30, 2012 by 2:00 p.m.

Dated: April 16, 2012.

_____
UNITED STATES DISTRICT JUDGE

-2-